# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2005

129653 & (15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANTONIA LOPEZ,
      Plaintiff-Appellant,

v

WORKER'S COMPENSATION APPELLATE
COMMISSION,
      Defendant-Appellee,
and

HARDY'S HOLSTEINS, L.L.C., and ACCIDENT
FUND INSURANCE COMPANY OF AMERICA,
      Defendants.

_____/

SC: 129653
COA: 263842
WCAC: 05-000156

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.

MARKMAN, J., dissents and states as follows:

I would grant leave to appeal in this case for the reasons stated in my dissent in *Sanchez v Eagle Alloy, Inc,* 471 Mich 851 (2004). I am not yet persuaded that the Legislature intended illegal aliens to be entitled to workers' compensation benefits.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2005 _____

_____
Clerk

t1019